**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**Case No.**

Sara Brooker,

    Plaintiff,

vs.

Leak Busters Roof Repair LLC
and WRC Holdings LLC,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** Leak Busters Roof Repair, LLC through its Registered Agent:

    RICHARD COLLETTI
    3420 25TH ST SW
    VERO BEACH, FL 32968

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____         _____
CLERK                                                                                                    DATE

_____
(BY) DEPUTY CLERK