

**EMPLOYMENT CONTRACT**

This Employment Contract ("Contract") is made effective as of __05/01/2024__, by and between Leak Busters Roof Repairs, LLC, a limited liability company organized and existing under the laws of the State of Florida ("Company"), and Sara Brooker ("Employee").

**Position and Duties:**

The Employee is employed in the capacity of **Sales Manager**. The Employee's duties will include, but are not limited to, **estimating house leads, field training of new sales and JR sales team members.**

**Start Date:**

The Employee's start date will be on ~~Tuesday, April 30th~~ 05/01/2024, and the employment is on a full-time basis.

**Compensation:**

- Base Salary: The Employee will receive a base salary of $1,000 per week.
- Sales Commission: The Employee shall be entitled to a commission of 3% on the gross of any residential sale completed personally by the Employee.

**General Terms:**

- The Employee agrees to abide by the rules, regulations, and policies of the Company.
- The Employee will maintain confidentiality regarding Company matters.
- This Contract will be governed by the laws of the State of Florida.

**Restrictive Covenants:**

- Non-Disclosure Agreement: The Employee agrees not to disclose any trade secrets, proprietary information, or other types of intellectual property of the Employer during or after the term of employment.
- Non-Solicitation Agreement: The Employee agrees not to solicit customers, other employees, or vendors of the Employer for a period of two years post-employment.

**Termination:**

Employment with the Company is at-will and either party can terminate the relationship at any time, with or without cause or notice.

**Termination for Cause**

Termination for cause will occur if the Employee engages in conduct that is detrimental to the Employer, including but not limited to gross negligence or willful misconduct in the performance of their duties.

IN WITNESS WHEREOF, the parties have executed this Employment Contract as of the date first above written.

Leak Busters Roof Repairs, LLC

By: _____

Name: Richard Colletti

Title: Owner

Employee

By: _____[signature]_____

Name: Sara Brooker