UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No.  2:25-cv-14146-AMC

Sara Brooker,

    Plaintiff,

vs.

Leak Busters Roof Repair LLC
and WRC Holdings LLC,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** Leak Busters Roof Repair, LLC through its Registered Agent:

    RICHARD COLLETTI
    3420 25TH ST SW
    VERO BEACH, FL 32968

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

05/06/2025
DATE

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 2:25-cv-14146-AMC

Sara Brooker,

    Plaintiff,

vs.

Leak Busters Roof Repair LLC
and WRC Holdings LLC

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**TO:** WRC Holdings LLC through its Registered Agent:

    RICHARD COLLETTI
    3420 25TH ST SW
    VERO BEACH, FL 32968

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Elvis J. Adan, Esq.
    Fla. Bar No.: 24223
    GALLARDO LAW OFFICE, P.A.
    8492 SW 8th Street
    Miami, Florida 33144
    Telephone: (305) 261-7000

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                                                                                  05/06/2025
                                                                                   DATE



SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court