UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14146-CIV-CANNON

**SARA BROOKER,**

    Plaintiff,

v.

**LEAK BUSTERS ROOF REPAIR LLC,** and
**WRC HOLDINGS LLC**,

    Defendants.
_____/

**ORDER REQUIRING COMBINED RESPONSES**

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served.  After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.  **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of May 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record