## RETURN OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 2:25-CV-14146-AMC

Plaintiff:
**SARA BROOKER**

vs.

Defendant:
**LEAK BUSTERS ROOF REPAIR LLC AND WRC HOLDINGS LLC**


OCH2025000703

For:
GALLARDO LAW OFFICE, P.A.
8492 S.W. 8th Street
Miami, FL 33144

Received by HEATHER WOLF on the 15th day of May, 2025 at 11:28 am to be served on **LEAK BUSTERS ROOF REPAIR, LLC C/O RICHARD COLLETTI, 3420  25TH STREET  SW, VERO BEACH, FL 32968**.

I, HEATHER WOLF, do hereby affirm that on the **24th day of May, 2025** at **6:45 pm, I:**

**NON-SERVED** the **SUMMONS AND COMPLAINT** for the reason that I failed to find **LEAK BUSTERS ROOF REPAIR, LLC C/O RICHARD COLLETTI** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/19/2025  2:26 pm  Attempted service at 3420  25TH STREET  SW, VERO BEACH, FL 32968. Address provided is a gated property. Called LEAKE busters roofing, and spoke to Teresa, who stated that the documents need to go to their address. 3957 S US Highway 1, Fort Pierce, FL 34982
5/22/2025  3:22 pm  Attempted service at 3420  25TH STREET  SW, VERO BEACH, FL 32968 unable to gain access to property due to private gate
5/24/2025  6:45 pm  Attempted service at 3420  25TH STREET  SW, VERO BEACH, FL 32968 unable to gain access to property due to private gate. Waited but no one came home while I was there.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. I am  over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the county in which se rvice was affected in accordance with State Statute.

**HEATHER WOLF**
23-04

Statewide Process Service, Inc
**5727 Nw 7th Street**
**#317**
**Miami, FL 33126**
**(786) 512-5440**

Our Job Serial Number: OCH-2025000703

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b