UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14146-CIV-CANNON

**SARA BROOKER**,

    Plaintiff,

v.

**LEAK BUSTERS ROOF REPAIR LLC** and
**WRC HOLDINGS LLC**,

    Defendants.
_____/

## ORDER TO SERVE

**THIS CAUSE** comes before the Court upon a sua sponte examination of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons with a copy of the complaint to be perfected upon defendants within 90 days after the filing of the complaint.  Plaintiff filed this action on May 6, 2025 [ECF No. 1].  The deadline to serve Defendants in this action thus remains August 6, 2025, yet to date, there is no indication that either Defendant has been served.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. On or before **August 6, 2025**, Plaintiff shall perfect service upon Defendants or show cause why the case should not be dismissed.

2. **Failure to file proof of service or to show good cause by August 6, 2025, will result in the case being dismissed without prejudice and without further notice.**

CASE NO. 25-14146-CIV-CANNON

**ORDERED** in Chambers at Fort Pierce, Florida, this 10th day of July 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record